# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10603 RGS

HERBERT KLINE and
HDK SALES CO., INC.,

      Plaintiffs,

v.

GHASSAN A. FAKHIRDIN A/K/A
GHASSAN FAKHRULDDIN,
PETER GAVRILOV,
KENNETH GEORGE JOHNSON,
and PIERRE COHEN-AKNINE.

      Defendants,

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Herbert Kline and HDK Sales Co., Inc. give

notice of their voluntary dismissal of this action.  This dismissal is without prejudice.

Respectfully Submitted,

HERBERT KLINE &
HDK SALES CO., INC.,

/s / Christopher Duggan
Christopher A. Duggan
BBO No. 544150
Smith & Duggan LLP
Lincoln North
55 Old Bedford Road
Lincoln, MA 01773
(617) 228-4400

Date:   October 5, 2005